UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 7 |
| Nicholas M Goetzinger and Kara N Goetzinger, Debtors. | Case No. 24−21567−rmb |
| Nicholas M Goetzinger, Plaintiff, | All documents regarding this matter must be identified by both adversary and bankruptcy case numbers. |
| v. | Adversary No. 24−02101−rmb |
| SOFI Bank, N.A., Mohela, Defendants. | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of the issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. At the same time, you must also serve a copy of the motion or answer upon the attorney for the Plaintiff. If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

| *Clerk, United States Bankruptcy Court* | *Name and Address of Attorney for the Plaintiff* |
|---|---|
| United States Courthouse, Room 126<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202 | Noe Joseph Rincon<br>Krekeler Law S.C.<br>26 Schroeder Court, Suite 300<br>Madison, WI 53711 |

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the complaint will be held at the following time and place.

| | |
|---|---|
| Date: | September 18, 2024 |
| Time: | 11:00 AM(Central) |
| Place: | Telephone Conference. **To appear by telephone, you must call the Court conference line at 1−888−808−6929, and enter access code 5457889 before the scheduled hearing time.** The Court may already be in session, so please wait quietly on the telephone for your case to be called. |

**IF YOU FAIL TO RESPOND TO THE SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: August 2, 2024

**SEAN D. MCDERMOTT**
Clerk of Court

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:                                           Chapter 7

Nicholas M Goetzinger and Kara N Goetzinger,     Case No. 24−21567−rmb
                    Debtors.
Nicholas M Goetzinger,                           All documents regarding this matter must be identified by both
                                                 adversary and bankruptcy case numbers.
                    Plaintiff,
   v.                                            Adversary No. 24−02101−rmb

SOFI Bank, N.A., Mohela,
                    Defendants.

**CERTIFICATE OF SERVICE REGARDING SUMMONS IN AN ADVERSARY PROCEEDING**

I, _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on _____ (date) by one of the following methods:

☐ *Mail Service:* Regular, first class United States mail, and postage fully prepaid. *(List names/addresses below.)*

☐ *Personal Service*: By leaving the process with defendant or with an officer or agent of defendant. *(List names/addresses below.)*

☐ *Residence Service:* By leaving the process with an adult. *(List names/addresses below.)*

☐ *Certified Mail Service on an Insured Depository Institution:* By sending the process by certified mail addressed to the following officer of the defendant. *(List names/addresses below.)*

☐ *Publication*: The defendant was served as described in the space below.

☐ *State Law:* The defendant was served pursuant to the laws of the State of _____ (U. S. state), as described in the space below.
   *LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:*

*Under penalty of perjury, I declare that the foregoing is true and correct.*

_____   _____   _____
Signature                        Date                              Business Address

_____                                     _____
Printed Name                                                       Business City, State, and Zip