UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

Nicholas M. Goetzinger and
Kara N. Goetzinger,
        Debtors.

Bankruptcy Case No. 24-21567-rmb

Nicholas M. Goetzinger,
        Plaintiff,

SOFI Bank, N.A.,
Mohela,
        Defendants.

Adversary Case No. 24-02101-rmb

## CERTIFICATE OF SERVICE

STATE OF WISCONSIN    )
                                ) ss.
COUNTY OF DANE       )

    The undersigned, being first duly sworn on oath, deposes and says that on August 1, 2024, the Plaintiff's Adversary Complaint was electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtor's attorney, and any other person designated by the Court using the ECF system.

    The undersigned, being first duly sworn on oath, deposes and says that on August 2, 2024, the Plaintiff's Summons and Notice of Pretrial Conference in an Adversary Proceeding was electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtor's attorney, and any other person designated by the Court using the ECF system.

    The undersigned, being first duly sworn on oath, deposes and says that on August 5, 2024, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Adversary Complaint and Summons and Notice of Pretrial Conference in an Adversary Proceeding to:

SOFI Bank, N.A.
2750 East Cottonwood Parkway, #300
Cottonwood Heights, UT 84121

Mohela
PO Box 1022
Chesterfield, MO 63006-1022

Nicholas M Goetzinger
110 S. Jackson St.
Elkhorn, WI 53121

By: _____
Amy Progar

Subscribed and sworn to before me
This 5th day of August, 2024.

_____
Jan L. Ciha
Notary Public, State of Wisconsin
My commission expires: 6/19/2027

