UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

Nicholas M. Goetzinger and
Kara N. Goetzinger,
       Debtors.

Bankruptcy Case No. 24-21567-rmb

Nicholas M. Goetzinger,
       Plaintiff,

SOFI Bank, N.A.,
Mohela,

Adversary Case No. 24-02101-rmb

       Defendants.

## AMENDED CERTIFICATE OF SERVICE

STATE OF WISCONSIN  )
                               ) ss.
COUNTY OF DANE      )

     The undersigned deposes and says that on August 1, 2024, the Plaintiff's Adversary Complaint was electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtor's attorney, and any other person designated by the Court using the ECF system.

     The undersigned deposes and says that on October 11, 2024, the Plaintiff's Summons and Notice of Pretrial Conference in an Adversary Proceeding was electronically filed with the Clerk of Court and served upon the United States Trustee, the Debtor's attorney, and any other person designated by the Court using the ECF system.

     The undersigned deposes and says that on October 15, 2024, the undersigned mailed via Certified First Class Mail, properly enclosed in a postpaid envelope, a copy of the Adversary Complaint and Summons and Notice of Pretrial Conference in an Adversary Proceeding to:

    Anthony Noto, CEO
    SOFI Bank, N.A.
    Corporation Service Company
    d/b/a CSC – Lawyers Incorporating Service
    2710 Gateway Oaks Drive, Suite 150N
    Sacramento, CA 95833

The undersigned deposes and says that on October 15, 2024, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the Adversary Complaint and Summons and Notice of Pretrial Conference in an Adversary Proceeding to:

SOFI Bank, N.A.
2750 East Cottonwood Parkway, #300
Cottonwood Heights, UT 84121

MOHELA
PO Box 1022
Chesterfield, MO 63006-1022

Scott Giles, CEO & Exec. Director
MOHELA
633 Spirit Drive
Chesterfield, MO 63005

Nicholas M Goetzinger
110 S. Jackson St.
Elkhorn, WI 53121

By: /s/ Amy Progar
Amy Progar